IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS KING,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D15-4534

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed September 22, 2016.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Jeffrey E. Lewis, General Counsel, Melissa J. Ford, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.